**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Doreatha Dixon,

Plaintiff,

v.

Commissioner of Social Security Administration,

Defendant.

No. CV-25-00571-TUC-SHR

**Order Adopting R&R**

On August 12, 2026, Magistrate Judge James E. Marner issued a Report and Recommendation (R&R) recommending the Court reverse the decision of the Administrative Law Judge (ALJ) and remand to the Commissioner for further proceedings. (Doc. 20.) The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections. (*Id.* at 19.) No objections have been filed.

If neither party objects to an R&R, a district court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (noting a district court need only review a magistrate judge's findings and recommendations de novo if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections has passed. As noted, no objections have been filed, and neither party has requested additional time to do so despite the warning from Judge Marner indicating "[i]f objections are not timely filed, they may be deemed waived." (Doc. 20 at 20.) Therefore, the Court will adopt the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (declining to substantively review magistrate judge's R&R because no objections were filed). Accordingly,

**IT IS ORDERED** the R&R (Doc. 20) is **ADOPTED**.

**IT IS FURTHER ORDERED** the ALJ's decision is **REVERSED** and this matter is **REMANDED** to the Commissioner of the Social Security Administration for further administrative proceedings.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 19th day of October, 2026.

Honorable Scott H. Rash
United States District Judge